## UNITED STATES v. JUE WY.

### (District Court, D. Vermont. April 19, 1900.)

ALIENS—CHINESE EXCLUSION—EVIDENCE OF AMERICAN NATIVITY.

Unimpeached and uncontradicted testimony that a person of the Chinese race, seeking to enter the United States from China, was born in this country, when direct, positive, and circumstantial, cannot be disregarded, and must be held to overcome the presumption of his Chinese nativity.

Appeal from Order of Commissioner for the Deportation of a Chinese Person.

James L. Martin, U. S. Atty.

P. F. McManus, for respondent.

WHEELER, District Judge. The testimony as to the birth of the appellant in this country is direct, positive, and circumstantial, and is not unnatural or improbable. It is not contradicted or discredited, and cannot justly be disregarded. Although the burden of proof as to this birth is upon the appellant, coming now from China, this evidence seems to overcome the presumption arising from having been lately in that country, and to establish the fact of nativity in this country. Appellant discharged.